**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| MAXELL, LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> DEFENDANTS. | Case No. 5:25-CV-00052-RWS |

## DEFENDANTS' NOTICE OF DESIGNATION OF LEAD COUNSEL

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung") respectfully submit to the Court this Notice of Designation of Lead Counsel.

Samsung designates Sean Cunningham of DLA Piper (US) as lead counsel in this matter. All pleadings, discovery, correspondence, and other material in this action directed to Samsung should also be served upon lead counsel at the following address:

Sean Cunningham (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 200004
Telephone: (202) 799-4000
Facsimile:  (202) 799-5000
sean.cunningham@us.dlapiper.com

1

Dated: August 12, 2025

Respectfully submitted,

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  melissa@gillamsmithlaw.com

Sean Cunningham (*Pro Hac Vice*)
Erin Gibson (*Pro Hac Vice*)
Salvatore Tamburo (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 200004
Telephone: (202) 799-4000
Facsimile:  (202) 799-5000
sean.cunningham@us.dlapiper.com
erin.gibson@us.dlapiper.com
salvatore.tamburo@us.dlapiper.com

Mark Fowler (*Pro Hac Vice*)
Alan Limbach (*Pro Hac Vice*)
Erik Fuehrer
**DLA PIPER LLP (US)**
3203 Hanover Street, Suite 100
Palo Alto, California 94304
Telephone: (650) 833-2000
Facsimile:  (650) 833-2001
mark.fowler@us.dlapiper.com
alan.limbach@us.dlapiper.com
erik.fuehrer@us.dlapiper.com

Michael Jay (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067
Telephone: (310) 595-3000
Facsimile:  (310) 595-3300
michael.jay@us.dlapiper.com

James Heintz (*Pro Hac Vice*)

2

**DLA PIPER LLP (US)**
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, Virginia 20190-5602
Telephone: (703) 773-4000
Facsimile:  (703) 773-5000
jim.heintz@us.dlapiper.com

Robert Buergi
**DLA PIPER LLP (US)**
845 Texas Avenue, Suite 3800
Houston, Texas 77002-2946
Telephone: (713) 425-8449
Facsimile:  (713) 425-8401
robert.buergi@us.dlapiper.com
Paulina M. Starostka (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Telephone: (312) 368-4000
Facsimile:  (312) 236-7516
paulina.starostka@us.dlapiper.com

Angela Whitesell (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile:  (302) 394-2341
angela.whitesell@us.dlapiper.com

***Attorneys for Defendants***
***Samsung Electronics Co., Ltd. and***
***Samsung Electronics America, Inc.,***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 12, 2025.

*/s/ Melissa R. Smith*
Melissa R. Smith